In the Matter of FRED MALINOWSKI, Petitioner v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Respondent.—

Memorandum: Prior to April 22, 1970 petitioner's operator's license was revoked after a hearing for failure to submit to an alcoholic test after being arrested for driving while intoxicated. On that day an order to show cause with a stay was obtained, returnable at Special Term of the Supreme Court on May 6, 1970. At that time the matter was adjourned pending receipt of the transcript of the motor vehicle hearing which was received by petitioner on

or about June 8, 1970. Petitioner has failed to establish a reasonable excuse or justification for the delay in filing and serving the records and briefs in accordance with CPLR 5530 (subd. [a]) and to prosecute the proceeding with reasonable diligence.